No. 6629.

MARGARET McAULEY vs. JOHN A. O'BRIEN, EX.

When there is no allegation or pretence that an executor has used or is using the funds of a succession in an unlawful manner, or for an unlawful purpose, his failure to deposit insignificant sums in a bank on the day they were received, and the payment by him of the expenses of transporting the body of the deceased from another State, where he died, and like charges, without first obtaining an order of court therefor, are too trivial to merit or justify the application of the harsh penalty of dismissal from his executorship.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*Hornor & Benedict* for Plaintiff and Appellant. *Timony* for Defendant.

MANNING, C. J. This is a suit to dismiss the executor of a succession for failure to comply with the requirement to deposit all sums received by him belonging to the succession in a bank, and for withdrawing a portion of the deposits actually made by him without leave of court.

The executor substantially complied with the requirements of the Code. There is no allegation or pretence that he was using the funds of the succession in an improper manner, or for an unlawful purpose. The failure to deposit insignificant sums on the day they were received, and the payment of such charges as that for bringing the

body of the deceased from New York, where she died, without first obtaining an order of court, are too trivial to merit or justify the application of the harsh, but sometimes necessary, penalty of dismissal from office.

*Judgment affirmed.*